FILED

Name: Kevin Payton
Address: 840 N. Campus Ave. #A
Upland, CA. 91786
Phone: (818) 568-0255
Fax: —
In Pro Per nulevelrode~~@~~ gmail.com

2022 DEC -6  AM 10: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

18 U.S.C. § 1001 –
Statements or entries generally

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kevin Payton

Plaintiff

v.

CD Baby;
Amazon.com Services LLC

Defendant(s).

CASE NUMBER: EDCV22-02168-JGB(KKx)

To be supplied by the Clerk of
The United States District Court

NOW COMES Plaintiff, Kevin Payton, IN PROPER, and Complaining of CD Baby, and Amazon.com Services LLC, alleges as follows:

## INTRODUCTION

1. On or around the end of year 2003, Plaintiff Kevin Payton (known from now on as "Plaintiff"), entered into contract agreement with Defendant CD Baby (Known from now on as "Defendant and Defendant's") to distribute debut Album "Just Getting Started", CD'R and Digital Copies, "Exclusively".

///

1.

Payton V. CD Baby; Amazon.com services LLC

2. Plaintiff Established "New Level Records Inc." as a California LLC on December 17, 2001 and is the CEO, CFO, and Secretary of the Corporation and solely owns all 2,500 shares of stock.

3. Albums, "Just Getting Started", and, "Best In Me", released in 2003, and 2005, both where for and under Record Label, "New Level Records Inc."

4. Plaintiff solely controls 200% of Publishers and Writers Royalties through affiliation with Broadcast Music Incorporated, (BMI).

## JURISDICTION AND VENUE

5. This action is brought pursuant to 18 U.S.C. § 1001 to redress the Breach of Contract by Fraud, Theft, embezzlement and False Misrepresentation of Plaintiff rights as secured by the United States Consititution.

6. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1367. Venue is Proper under 28 U.S.C. § 1391(b). Plaintiff reside in this Judicial District.

## THE PARTIES

7. Plaintiff KEVIN PAYTON is a 59 years-old resident of the City of Upland, California.

2.

8. Defendant CD Baby is a Business Corporation contracted by Plaintiff to sell and distribute Plaintiff 2 Albums, CDR's and Digital Download copies based in Portland, Oregon.

9. Defendant Amazon.comservices LLC, (known from now on as "Defendant and Defendant's") is a Business Corporation providing sales of many different commodities online based in Seattle, Washington.

## DEFENDANTS MISCONDUCT

10. For the last 19 years Defendant CD Baby has been stealing Plaintiff money by Fraud, Theft and Embezzlement, to the Criminal Level, by Defendant breech of contract with Plaintiff.

11. The production, songwriting and performance on both Plaintiff albums, is so far ahead and unmatched by any other Artist around, the complexity of Plaintiff double rhyming, Plaintiff has been told its like writing 2 songs into one, in chronological order, from the beginning to the middle to the end of the song in the lyrics and the way the story is told, is on a NEW LEVEL and far above any other song writer on this Planet.

///
///

3.

Payton -v- CD Baby; Amazon.com services LLC

12. For the last 19 years, Defendant CD Baby has posted to Plaintiff account, total revenue from both album sales digital streams and downloads, publishing royalities from worldwide radio play in minor markets, a total of $102.16, one hundred and two dollars an sixteen cents, Simply, A Joke.

13. Plaintiff fully intends to play both albums in their entirety for Jury at Trial, then question Defendant's if the total Statement revenue of $102.16 paid to Plaintiff for CDR sales and digital streams and downloads and publishing royalities worldwide for the last 19 years is correct, their belief and what Defendants stand by based on the quality of the product.

14. On or around the end of 2020, Plaintiff logged onto personal account of Defendant CD Baby to check sales of Plaintiff albums. The previous time Plaintiff had logged on the check account, was in 2014. The last sale posted to account by Defendant was in 2015. Two days later, Plaintiff checked account again and it was up to date on sales with a few sporadic streams and downloads here and there all the way up to the year 2020. Plaintiff laughed out loud.

15. On August 13, 2022 after 19 years of Plaintiff being fed up with Defendant stealing Plaintiff's money, Plaintiff cancelled all rights of distribution of both album's

4.

1   with Defendant CD Baby.

2

3   16. On December 3, 2022 Plaintiff discovered both albums
4   for sale on Amazon.com on Amazon ASIN-B00DCA
5   7GG4 - Just Getting Started, and ASIN-B00DCA8ZSM-
6   Best In Me, product numbers, with Defendant CD Baby listed
7   as, "Record Label", of both album releases and, "Explicit
8   Lyrics", listed on page when there is not one single curse
9   word on either albums. The fraud and misrepresentation
10  of Plaintiff product, is clear and evident.

11

12  17. On December 3, 2022 Plaintiff emailed copyright@amazon
13  .com after speaking to customer service on phone with several
14  precise demands; Immediately take down both albums for sale
15  the moment Defendant finishes reading email; provide the name
16  of the person or business entity that has been fraudulently
17  selling Plaintiff products; the exact date Plaintiff products
18  were made available to purchase on Defendant Amazon.comservices
19  LLC; exact accounting record of every single physical and
20  digital purchase, stream and download down to the penny
21  collected by Defendant Amazon.comservices LLC by fraud
22  and misrepresentation in corroboration with Defendant
23  CD Baby; and accounting of every single penny paid to
24  whomever is fraudulently selling Plaintiff products by
25  Defendant Amazon.comservices LLC.

26

27  18. Today while drafting this complaint, December 5, 2022,
28  Plaintiff recieved email from Defendant Amazon.comservices LLC

1. Stating Plaintiff needs to provide more proof of Copyright
2. issues and Plaintiff responded with email back to Defendant
3. Amazon.com Services LLC with 3 page cover sheet and the
4. first 2 pages of this written complaint with a message,
5. I will just go this route.

FOR CAUSE OF ACTION OF BREECH OF CONTRACT BY FRAUD

19. Plaintiff claims that Plaintiff rights were violated and serious crimes have been committed against Plaintiff by Defendants of Fraud, Theft and Embezzlement as noted in 18 U.S.C. § 1001 Statements or entries generally, by Defendants "Breech of Contract".

20. By reasons of the acts of the Defendants above, Plaintiff has suffered great financial loss and damage to reputation by the fraud, theft and embezzlement and misrepresentation of Plaintiff products by Defendants.

21. All of the foregoing acts of the Defendants were committed maliciously, wantonly, willfully, and without probable or reasonable cause, excuse or justification therefor.

22. In the foregoing cause of action, Plaintiff realleges each and every allegation of all the paragraphs herein.

///
///
///

6.

# PRAYER FOR RELIEF

Plaintiff demands compensatory damages in the cause of action in the amount of $5,000,000.00 according to proof, and punitive damages in the sum of $5,000,000.00 against all Defendants herein.

KEVIN PAYTON, IN PRO PER

DECEMBER 5, 2022

DEMAND FOR JURY TRIAL

Plaintiff herein demands jury trial in the cause of action claim.

KEVIN PAYTON, IN PRO PER
DECEMBER 5, 2022

8.