Robert T. Cruzen (SBN 203658)
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Counsel for Defendant
AMAZON.COM SERVICES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA,
EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| KEVIN PAYTON,<br><br>        Plaintiff,<br><br>    -vs.-<br><br>CD BABY, *et al.*,<br><br>        Defendants. | No.: 5:22-cv-02168-JGB-KK<br><br>**ANSWER AND DEFENSES OF DEFENDANT AMAZON.COM, SERVICES LLC**<br><br>DEMAND FOR JURY TRIAL |

1 | Defendant Amazon.com Services LLC ("Amazon") answers the complaint of plaintiff Kevin Payton ("plaintiff") as follows:

2 | 1. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the complaint.

3 | 2. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the complaint.

4 | 3. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3 of the complaint.

5 | 4. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the complaint.

## JURISDICTION AND VENUE

5. Amazon admits that the complaint purports to state a claim under the criminal provisions of the cited statute, but denies that a valid claim has been stated. Amazon denies that subject matter jurisdiction exists over this action.

6. For purposes of this action only, Amazon does not contest that venue is proper.

## THE PARTIES

7. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 of the complaint.

8. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the complaint.

9. Amazon admits that it is based in Seattle, Washington and that it offers products for sale through its website and provides an online marketplace through which third parties offer products for sale.

## DEFENDANTS MISCONDUCT

10. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the complaint.

11. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the complaint.

12. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the complaint.

13. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the complaint.

14. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the complaint.

15. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the complaint.

16. Amazon denies that it has engaged in any act of fraud or misrepresentation. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 16 of the complaint.

17. Amazon admits that plaintiff submitted a notice to copyright@amazon.com on December 3, 2022 with a series of demands. Amazon denies it has engaged in any fraud or misrepresentation and otherwise denies the allegations of paragraph 17 of the complaint.

18. Amazon admits that plaintiff responded as set forth in paragraph 18 of the complaint. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 18 of the complaint.

**FOR CAUSE OF ACTION OF BREECH OF CONTRACT BY FRUAD**

19. Amazon denies the allegations in paragraph 19 of the complaint to the extent they pertain to Amazon. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations to the extent they pertain to the other defendants.

20. Amazon denies the allegations in paragraph 20 of the complaint to the extent they pertain to Amazon. Amazon lacks knowledge or information sufficient

to form a belief as to the truth of the allegations to the extent they pertain to the other defendants.

21. Amazon denies the allegations in paragraph 21 of the complaint to the extent they pertain to Amazon. Amazon lacks knowledge or information sufficient to form a belief as to the truth of the allegations to the extent they pertain to the other defendants.

22. Amazon realleges and incorporates its responses to the allegations of paragraphs 1 through 21 of the complaint.

## GENERAL DENIAL

Amazon denies any and all allegations of the complaint not specifically admitted hereinabove.

## ADDITIONAL DEFENSES

Further answering and as additional defenses, Amazon states the following without admitting any allegation of the complaint not otherwise admitted and without assuming the burden of proving any fact that is otherwise plaintiff's burden to prove. Amazon reserves the right to amend or augment these defenses based on further investigation and discovery.

## FIRST ADDITIONAL DEFENSE
### (NO INFRINGEMENT)

1. Amazon does not infringe and has not infringed plaintiff's copyrights if any exist.

## SECOND ADDITIONAL DEFENSE
### (INVALIDITY)

2. One or more of plaintiff's copyrights are invalid if any exist.

## THIRD ADDITIONAL DEFENSE
## (FAILURE TO STATE A CLAIM)

3. Plaintiff's complaint and claims for relief fail to state a claim upon which relief can be granted.

## FOURTH ADDITIONAL DEFENSE
## (WAIVER, ESTOPPEL, LACHES)

4. Plaintiff's claims should be dismissed to the extent they are barred, in whole or in part, by the equitable doctrines of waiver, estoppel, and/or laches.

## FIFTH ADDITIONAL DEFENSE
## (LACK OF TITLE AND/OR STANDING)

5. Plaintiff's claims should be barred on the grounds and to the extent that plaintiff is not the owner of the copyrighted works and/or the copyrights are invalid or were not properly registered with the Copyright Office.

## SIXTH ADDITIONAL DEFENSE
## (FAILURE TO MITIGATE DAMAGES)

6. Plaintiff's claims may be barred, in whole or in part, by its failure to mitigate damages.

## SEVENTH ADDITIONAL DEFENSE
## (NON-LIABILITY FOR ACTS OF THIRD PARTIES)

7. Amazon is not liable for the acts of third parties, including parties who list, offer to sell, and sell products using Amazon's online marketplace.

## PRAYER FOR RELIEF

WHEREFORE, Amazon prays for the following relief:

A. A judgment dismissing plaintiff's complaint in its entirety, with prejudice, and finding that plaintiff recovers nothing thereon;

B. That the Court under 17 U.S.C. § 505 award Amazon full costs and expenses of litigation, including reasonable attorneys' fees; and

C. Such other and further relief as this Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

In accordance with Fed. R. Civ. P. 38(b), Amazon hereby demands a jury trial on all issues so triable.

January 12, 2023

/s/ Robert T. Cruzen
Robert T. Cruzen (SBN 203658)

Counsel for Defendant
AMAZON.COM SERVICES LLC

ANSWER AND DEFENSES
TO COMPLAINT -5- 5:22-cv-02168-JGB-KK

# PROOF OF SERVICE

I am employed in the County of Multnomah, State of Oregon. I am over the age of 18 and not a party to the within action. My business address is 121 SW Salmon Street, Suite 1600, Portland, Oregon 97204.

On January 12, 2023, I served the foregoing document(s) described as:

**ANSWER AND DEFENSES OF DEFENDANT AMAZON.COM, SERVICES LLC**

on the interested parties to this action as follows:

Kevin Payton
840 North Campus Avenue, Apt. A
Upland, CA 91786
Email: nulevelrcd@gmail.com

PRO SE

☐ **BY COURT'S CM/ECF SYSTEM**: Pursuant to the Local Rule, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the registered CM/ECF users in this action to be served by the CM/ECF System.

☐ **BY ELECTRONIC MAIL**: I caused such documents to be transmitted via electronic mail to the offices of the addressee(s) at the listed electronic mail address(es).

☒ **BY U.S. MAIL**: I deposited such envelope in the mail at Portland, Oregon. The envelopes were mailed with postage thereon fully prepaid.

☒ Federal: I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct and that I am employed in the offices of Klarquist Sparkman, LLP and Robert T. Cruzen, at whose direction the service was made.

| | |
|---|---|
| Julia Castellano | /s/ Julia Castellano |
| Printed Name | Signature |