Name: Kevin Payton
Address: 840 N. Campus Ave. #A
Upland, CA. 91786
Phone: (818) 568-0255
Fax: — nulevelrcd@gmail.com

In Pro Per

18 U.S.C. 1001 - Statements and entries generally

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kevin Payton

Plaintiff

v.

CD Baby;
Amazon.com Services LLC

Defendant(s).

CASE NUMBER:

5:22-cv-02168 JGB KK

"Proof of Service"

(Enter document title in the space provided above)

Proof of Service executed by Rush Process Service on Defendant CD Baby in Portland, OR., on April 4, 2023.

RESPECTFULLY SUBMITTED

Kevin Payton - In Pro Per

## AMENDED RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Central District of California

Case Number: 5:22-CV-02168-JGB KK

Plaintiff: **Kevin Payton,**
vs.
Defendant: **C B Baby; Amazon.com Services LLC,**

For:
Payton
Kevin Payton
840 N Cmpus Ave
#A
Upland, CA 91786

Received by RUSH PROCESS SERVICE, INC. to be served on **C D Baby, 9600 NE Cascades Parkway, Suite 180, Portland, OR 97220**.

I, Kody Kennedy, do hereby affirm that on the **4th day of April, 2023 at 12:02 pm, I:**

**OFFICE SERVED** the **Summons in a Civil Action; Attachment #1; Attachment #2 to Summons; Attachment #3 to Summons; Complaint, Attachment #4; Attachment #5; Attachment #6** by leaving a true copy during normal working hours at the office maintained for the conduct of business with **Eric Bloombaum, Administrative Assistant** who was the person apparently in charge of the office at that time.

**CERTIFICATION OF MAILING**: On **4/4/2023** a true copy of the above document(s) together with a statement of the date, time and place at which sub-service was made was mailed by regular U.S. Postal Service mail, first class, postage prepaid, to the above defendant(s) at the above address. If mailed by other than server: X _____

**Additional Information pertaining to this Service:**
Attempted address 9600 NE Cascades Parkway, Suite 180, Portland, OR - 3/7/23 at 4:30pm, there was a note on the door that says take deliveries to 13913 NE Airport Way, Portland, OR. Attempted address 13913 NE Airport Way, Portland, OR - 3/8/23 at 2:36pm, left documents with Cole Cunningham, Clerk on Duty. Attempted 9600 NE Cascades Parwkway, Suite 180, Portland, OR - 4/3/23 at 4:55pm, no one here.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 170, Hair: Brown, Glasses: -