Name: Kevin Payton

Address: 840 N. Campus Ave. #A

Upland, CA. 91786

Phone: (818) 568-0255

Fax: — nulevelscd@gmail.com

In Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT

**04/18/2023**

CENTRAL DISTRICT OF CALIFORNIA
BY:    AP    DEPUTY

18 U.S.C. 1001—
Statements and entries generally

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kevin Payton

Plaintiff

v.

CD Baby;

Amazon.comServices LLC

add DOES 1-100 Inclusive Defendant(s).

CASE NUMBER:

5:22-CV-02168 JGB KK

"REQUEST FOR COURT ORDERED PRIVATE MEDIATION"

(Enter document title in the space provided above)

Plaintiff request for Court Ordered Private Medition
To occour before June 5, 2023 Order Setting Scheduling
Conference appearance where plaintiff will amend Complaint
To Bivens Action Claim adding Co-defendants U.S.
Marshal Service Portland Field office, FBI Field office
Riverside, and The Upland Police Department pursuant
To Deprivation of Rights Under Color of Law, and Co-
defendants YOUTUBE, YOUTUBE client page KIP PATTON,
and Madeline Loayza, selling hard copy's of my CD's from
Luncaster, CA, Since 2007. Plaintiff will also request
That Criminal arrest warrents be issued to all
defendants guilty of alleged crimes.

RESPECTFULLY SUBMITTED

KEVIN PAYTON - IN PROPER

JUDGE JESUS B. BERNAL
## EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 5:22-CV-01268-JGB-KK |
| --- | --- |
| Case Name | Kevin Payton -V- CD Baby, et al. |

| Matter | Plaintiff(s)' Request mo/day/year | Defendant(s)' Request mo/day/year | Court's Order |
| --- | --- | --- | --- |
| ☐ Jury Trial or ☐ Court Trial **(Tuesday at 9:00 a.m.)** Length: _____ Days | | | |
| Final Pretrial Conference [L.R. 16] and Hearing on Motions *In Limine* **(Monday − two (2) weeks before trial date)** | | | |
| Last Date to Conduct Settlement Conference | | | |
| Last Date to *Hear* Non−discovery Motions (Monday at 9:00 a.m.) | | | |
| All Discovery Cut−Off (including hearing all discovery motions) | | | |
| Expert Disclosure (Rebuttal) | | | |
| Expert Disclosure (Initial) | | | |
| Last Date to Amend Pleadings or Add Parties | | | |

ADR [L.R. 16−15] Settlement Choice:

         ☐    Attorney Settlement Officer Panel

         ☒    Private Mediation

         ☐    Magistrate Judge

Revised − July 2013

02/09/2023

Sir:

Enclosed service of process must be sent to the United States Marshals Service in C/CA to initiate service of your documents.

**Please send them to**:

United States Marshals Service

350 W. 1ST STREET, SUITE 3001

LOS ANGELES, CA 90012

Thank you,

USMS D/OR

4